AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI (954)489-1740

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CURTIS JONES

**WARRANT FOR ARREST**

CASE NUMBER: **00-6293**

**CR - FERGUSON**

MAGISTRATE JUDGE SNOW

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _CURTIS JONES_
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to distribute in excess of 5 grams of cocaine base,

in violation of Title _21_ United States Code, Section(s) _841(a)(1) and 846_

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

October 5, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ _Pre-Trial Detention_

by _Barry S. Seltzer, United States Magistrate Judge_
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/5/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>10/12/00 | | Edward Purchase, SDUSM |