## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | CURTIS JONES (J) | CASE NO: | 00-6293-CR-FERGUSON |
| AUSA: | BRUCE BROWN /Finigan/ | ATTY: | |
| AGENT: | DEA | VIOL: | 21:841(a)(1) |
| PROCEEDING: | I/A ON SEALED INDICTMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | David Hodge |
| BOND SET @: | | To be cosigned by: | |

FILED by D.C. OCT 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Ore tenus motion to unseal granted
Order signed

Advised of charges
sworn for counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD BOND HEARING: | 10-19 | 10 | SNOW | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-19 | 10 | SNOW | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 10-13-00   TIME: 11:00   FTL/LSS TAPE # 00 - 052   Begin: 145   End: 513

/s/ 22 /13