UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA

vs

CURTIS JONES

ARRAIGNMENT INFORMATION SHEET

*FILED by ___ D.C.*
*OCT 19 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____DAVID HODGE, ESQ._____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED: $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __19TH__ day of __OCTOBER_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. __00-054__

cc: Copy for Judge
    U. S. Attorney