UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,       MINUTES CHANGE OF PLEA
        vs.

CURTIS JONES, (J)
                    Defendant.
_____/

FILED by _____ D.C.

MAY 30 2001

On May 30, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel David Hodge, Esq., appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s)    the indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

( )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing until **August 10, 2001** 11:00 a.m.,

( )     and the defendant was allowed to remain on present bond until then;

( )     and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )     and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge Wilkie D. Ferguson, JR.
Reporter Anita LaRocca
Clerk Deloris McIntosh