| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| vs. | Case No. 00-6293-CR-FERGUSON |
| CURTIS JONES, (J)<br>Defendant. | SENTENCING DATE    MAY 30 2001 |

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable WILKIE D. FERGUSON, JR., United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **August 10, 2001** at **11:00 A.M.** for imposition of sentence. On the date, report to the U.S. Courthouse, Courtroom, 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, this notice advises the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report (PSR) to this Court will be completed and a copy made available to the parties and their counsel. DEFENSE COUNSEL AND THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION).

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

| | |
|---|---|
| DATED:    May 30, 2001 | CLARENCE G. MADDOX, II<br>Court Administrator/ |
| COUNSEL: David Hodge, Esq., | Clerk of Court |
| RECEIVED: May 30, 2001 | BY: Delois McIntosh |
| GOVERNMENT: AUSA, Bruce Brown | Deputy Clerk |