FILED by _____ D.C.

AUG 10

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # ___00-6293-CR-FERGUSON___

DEFENDANT___CURTIS JONES (J)_____     JUDGE___WILKIE D. FERGUSON___

Deputy Clerk__Deloris McIntosh_____     DATE___8/10/01___

Court Reporter___Steven Franklin_____     USPO_Carolyn Dorville/Donald Jefferson

AUSA____Bruce Brown_____     Def't's Counsel__David Hodge, Esq.,_____

COUNTS DISMISSED___All Others_____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   10 Days to Appeal

_____ Sentencing cont'd until __/__/__ at_____AM / PM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts | |
|---|---|---|---|---|
| | | 15 | 1 | defendant to Receive Credit for Time Served |
| | | | | |
| | | | | |

(Supervised Release)

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | 1 |
| | | | |

Comments_Maintain full-time Employment._____

_____
_____
_____

Assessment $___100_____     Fine $___N/A_____

Restitution /Other _____

___✓___ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____
_____

-