DEFENDANT: CURTIS JONES
CASE NUMBER: 00-6293-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **15 Months BOP, defendant to receive credit for time served.**

The Court recommends to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on 08-24-2001 to FDC Miami

at 33 N.E. 4 TH Street 33132 , with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By: G.Williams, L.I.E.
~~Deputy U.S. Marshal~~