PROB 12A  
(SD/FL 10/01)  
Curtis Jones  
Docket No. 00-6293-CR-Ferguson

SD/FL PACTS No. 65787



FILED by _____ D.C.

JUN 28 2002

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6293-CR-Ferguson</u>

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Curtis Jones

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: August 10, 2001

Original Offense: Conspiracy to Possess With Intent to Distribute Crack Cocaine Base, in violation of Title 21, U.S.C. § 846, a Class "C" felony.

Original Sentence: Custody of the Bureau of Prisons for fifteen (15) months, followed by three (3) years supervised release. Defendant was ordered to pay a $100 assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: March 8, 2002

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **VIOLATION OF MANDATORY CONDITION, by failing to refrain from violation of the law.** On or about May 27, 2002, in Broward County, Florida, the supervised releasee was charged by the Broward Sheriff's Office with the offense of Resisting or Obstructing Arrest Without Violence, occuring on April 16, 2002, contrary to Florida Statute 843.02. |
| 2. | **VIOLATION OF MANDATORY CONDITION, by failing to refrain from violation of the law.** On or about May 27, 2002, in Broward County, Florida, the supervised releasee was charged by the Broward County Sheriff's Office with the offense of Driving While License Suspended, occuring on April 16, 2002, contrary to Florida Statute 322.34-2A. |

PROB 12A  
(SD/FL 10/01)  
Curtis Jones  
Docket No. 00-6293-CR-Ferguson

SD/FL PACTS No. 65787

U.S. Probation Officer Action:

The U.S. Probation Office is recommending no action at this time pending disposition of the new charges. The defendant has been advised that further non-compliance may result in action from the Court.

Per Your Honor's perusal, we have attached a copy of the Presentence Investigation and Judgment and Commitment Order.

Respectfully submitted,

by

John E. Minnelli  
U.S. Probation Officer  
Phone: (954) 769-5536  
Date: May 28, 2002

Reviewed by: _____  
Carolyn M. Gamble, Supervising  
U.S. Probation Officer

[X] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

06/28/02  
_____  
Date