PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 65787

**JONES, CURTIS**
**DOCKET NO.  00-6293-CR-Ferguson**



## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6293-CR-Ferguson</u>

### <u>Request for Modifying the Conditions or Term of Supervision</u>
### <u>with Consent of the Offender</u>
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Curtis Jones

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: August 10, 2001

Original Offense:     Conspiracy to Possess With Intent to Distribute Crack Cocaine Base, in violation of Title 21, U.S.C. §846, a Class "C" felony.

Original Sentence:     Custody of the Bureau of Prisons for a period of fifteen (15) months, followed by three (3) years supervised release. The defendant was ordered to pay a $100 assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: March 8, 2002

---

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

**"The defendant shall complete 50 hours of community service work at a site approved by the United States Probation Office."**

## CAUSE

1.     **<u>VIOLATION OF MANDATORY CONDITION</u>, by failing to refrain from violation of the law.** On or about May 27, 2002, in Broward County, Florida, the supervised releasee was charged by the Broward County Sheriff's Office with the offense of Resisting or Obstructing Arrest Without Violence, occurring on April 16, 2002, contrary to Florida Statute 843.02.

2.     **<u>VIOLATION OF MANDATORY CONDITION</u>, by failing to refrain from violation of the law.** On or about May 27, 2002, in Broward County, Florida, the supervised releasee was charged by the Broward County Sheriff's Office with the offense of Driving While License Suspended, occurring on April 16, 2002, contrary to Florida Statute 322.34-2A.

PROB 12B                                                                    SD/FL PACTS No. 65787
(SD/FL 9/96)
**JONES, CURTIS**
**DOCKET NO.  00-6293-CR-Ferguson**


On December 20, 2002, the defendant appeared before the County Court of Broward County for the above-mentioned offenses and was placed on nine months probation. Mr. Jones has agreed to modify his supervised release to include the completion of 50 hours of community service. Please find the attached Probation Form 49, Waiver of Hearing, for Your Honor's review. If Your Honor is in agreement with the modification, please indicate below.

Respectfully submitted,

by

John E. Minnelli
U.S. Probation Officer
Phone: (954) 769-5536
Date: April 4, 2003

**Reviewed by:**

**Carolyn M. Gamble, Supervising**
**U.S. Probation Officer**

THE COURT ORDERS:

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[ ]     Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

05/11/03

_____
Date