PROB·12B
(SD/FL 9/96)

SD/FL PACTS No. 65787



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  00-6293-CR-HUCK/TURNOFF

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Curtis Jones

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge
U.S. District Court, Ft. Lauderdale

Date of Original Sentence:  August 10, 2001

Original Offense:    Conspiracy to Possess With Intent to Distribute Crack Cocaine Base, in violation of Title 21, U.S.C. §846, a Class "C" Felony.

Original Sentence:   Fifteen (15) months Bureau of Prisons followed by three (3) years Supervised Release, and $100 special assessment fee. **5/11/03:** Supervision modified to include the completion of 50 hours of community service.

Type of Supervision: Supervised Release        Date Supervision Commenced: March 8, 2002

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of ___ years.
[X]    To modify the conditions of supervision as follows:

**"The defendant shall reside at a Community Correctional Center designated by the Bureau of Prisons for a period of 60 days, or until otherwise released at the direction of the U.S. Probation Office, and shall observe the rules of the facility."**

## CAUSE

**VIOLATION OF STANDARD CONDITION,** by failing to work regularly at a lawful occupation. Since on or about July 16, 2004, the Supervised Releasee has failed to work regularly as required.

The defendant has agreed to enter a Community Correctional Center so that proper employment may be obtained.

PROB-12B
(SD/FL 9/96)                                                         SD/FL PACTS No. 65787

THE HONORABLE PAUL C. HUCK, JUDGE
OCTOBER 8, 2004
PAGE 2

NAME OF OFFENDER:  CURTIS JONES                    CASE NO.  00-6293-CR-HUCK/TURNOFF

      Please find the attached Probation Form 49, Waiver of Hearing for Your Honor's review.
If Your Honor is in agreement with the modification, please indicate below.

Respectfully submitted,

by

John E. Minnelli
U.S. Probation Officer
Phone: (954) 769-5536
Date: October 8, 2004

REVIEWED & APPROVED BY:

Eugene D. Huft, Supervising
U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

Date