

00-6293-CR
Huck

The petitioner is incarcerated at P.O. Box 407065 Fort Lauderdale FLA 33040 Broward Jail

Please Notify the plaintiff of all legal proceeding and/or legal Documents and Court dates

Date of Arrest
8-1-06

SS. 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
DOB 9/6/58

Curtis Jones
Pro se litigator

8-15-06